M. Elizabeth Graham, CA 143085
**GRANT & EISENHOFER P.A.**
101 California Street, Suite 2710
San Francisco, CA 94111
Phone: (415) 365-9585 / Fax: (302) 622-7100
Email: egraham@gelaw.com

Attorneys for Plaintiffs

Alycia A. Degen, SBN 211350
adegen@sidley.com
Bradley J. Dugan, SBN 271870
bdugan@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone:  +1 213 896-6000
Facsimile:  +1 213 896-6600

Attorneys for Defendants and Specially
Appearing Defendants *Bayer Corporation,
Bayer Essure Inc., Bayer HealthCare LLC,
Bayer HealthCare Pharmaceuticals Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE ADAMCZYK, *et al.*, | ) Case No. 3:17-cv-01846-WHA |
| | ) |
| Plaintiffs, | ) **JOINT STIPULATION TO** |
| | ) **REMAND; [PROPOSED] ORDER** |
| vs. | ) |
| | ) |
| BAYER CORP.; BAYER HEALTHCARE | ) |
| LLC; BAYER ESSURE INC., (F/K/A | ) |
| CONCEPTUS, INC.); BAYER HEALTHCARE | ) |
| PHARMACEUTICALS, INC.; and DOES 1-10, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Plaintiffs Selene Adamczyk, *et al*., and defendants and specially-appearing defendants Bayer Corporation, Bayer Essure Inc., Bayer HealthCare LLC, and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Bayer"), hereby stipulate and agree as follows:

1.      Plaintiffs filed their complaint on February 28, 2017, in the Superior Court for the State of California, County of Alameda. In their complaint, Plaintiffs asserted claims involving the Essure® Permanent Birth Control System (the "Essure® Device").

2.      On April 3, 2017, Bayer removed the matter from the Alameda County Superior Court to the United States District Court for the Northern District of California.

3.      On April 7, 2017, this matter was deemed related to another matter pending before this Court involving the Essure® Device, captioned as *Elizabeth Ann Sangimino, et al. v. Bayer Corp., et al*., Case No. 3:17-cv-01488-WHA.

4.      Bayer filed its Motion to Dismiss on April 10, 2017, on the grounds of federal preemption, among other grounds.

5.      On April 19, 2017, Plaintiffs moved to remand this action to the Superior Court of Alameda County, State of California, pursuant to 28 U.S.C. § 1447, on the grounds that this Court lacks jurisdiction over this action.

6.      On April 19, 2017 the parties filed a stipulation to stay briefing on Plaintiffs' Motion to Remand, and on Defendants' Motion to Dismiss pending the Northern District of California's rulings on the Motion to Dismiss and Motion to Remand in *Sangimino.*

7.      On April 20, 2017, this Court granted the parties' stipulation to stay briefing.

8.      On June 9, 2017, this Court granted Plaintiffs' Motion to Remand in the *Sangimino* matter and denied the Motion to Dismiss as moot.

9.      The parties have met and conferred and agree to remand this case to the Alameda County Superior Court.

10.      The parties thus respectfully ask the Court to enter an order remanding this case to state court based on the stipulation of the parties.

JOINT STIPULATION TO REMAND; CASE NO. 3:17-cv-01846-WHA

IT IS SO STIPULATED.

Dated: June 16, 2017                                    GRANT & EISENHOFER P.A.

                                                       By: /s/ M. Elizabeth Graham
                                                           M. Elizabeth Graham

                                                       *Attorneys for Plaintiffs*
                                                       Selene Adamczyk, *et al.*

Dated: June 16, 2017                                    SIDLEY AUSTIN LLP

                                                       By: /s/ Alycia A. Degan
                                                           Alycia A. Degen
                                                           Bradley J. Dugan

                                                       *Attorneys for Defendants and Specially*
                                                       *Appearing Defendants*
                                                       Bayer Corporation, Bayer HealthCare LLC,
                                                       Bayer Essure Inc., and Bayer HealthCare
                                                       Pharmaceuticals Inc.

1
2

## [PROPOSED] ORDER

3        PURSUANT TO THE PARTIES' STIPULATION, and for good cause shown, IT IS

4   ORDERED THAT Adamczyk v. Bayer Corporation, Case No. 3:17-cv-01846-WHA, be remanded

5   to the Superior Court of the State of California, County of Alameda.

6        IT IS SO ORDERED.

7
8   Dated:   June, 19, 2017        _____
                                    Honorable William H. Alsup
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1